**Attachment A**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

Mr. Shamain Johnson #25350-075
F.C.I. Gilmer
P.O. Box 6000
Glenville, West Virgina 26351,
(Full name under which you were convicted, prison number, place of confinement, and full mailing address)

Petitioner,

vs.

Mr. Brown (Warden),
(Name of Warden or other authorized person where you are incarcerated)

Respondent.

FILED
DEC 04 2023
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241**

Civil Action No. 3:23-CV-242
(to be assigned by Clerk)

**Important notes to read before completing this form:**

★ Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

---

1. This petition concerns (check the appropriate box):

- ☐ a conviction
- ☐ a sentence
- ■ jail or prison conditions
- ☐ prison disciplinary proceedings
- ☐ a parole problem
- ■ other, state briefly: D.S.C.C Staff here in B.O.P have in-error gave this Petitioner the wrong severity level of

**Attachment A**

(7) Greatest, thus seeming to correctly house this petitioner at a Medium Custody Facility and not the correct (3) Moderate to be held at B.O.P. Low

2. Are you represented by counsel? ☐ Yes ■ No

If you answered yes, list your counsel's name and address: NA

3. List the name and location of the court which imposed your sentence:
U.S. Courthouse
Middle Tenn. District Court
Nashville, Tenn. 37203

4. List the case number, if known: # 3:17-CR-00114-1

5. List the nature of the offense for which the sentence was imposed:
U.S.C. 21:841 (a)(1) count one (found not Guilty)(offense Date 8-16-16)
U.S.C. 21:841 (a)(1) count two (found Guilty)(offense Date 2-13-17)
on a Superseding Information

6. List the date each sentence was imposed and the terms of the sentence:
Sentenced July 20, 2020
168 months
For only count Two (offense DATE 2-13-17)

7. What was your plea to each count? (Check one)

☐ Guilty
■ Not Guilty
☐ Nolo Contendere

**Attachment A**

8. If you were found guilty after a plea of not guilty, how was that finding made?

- ■ A jury
- ☐ A Judge without a jury
- ☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

■ Yes ☐ No

10. If you did appeal, give the following information for each appeal:

A. Name of Court: U.S. Court of Appeals 6th Circuit
B. Result: conviction upheld Affirmed
C. Date of Result: 1-4-2022
D. Grounds raised (List each one): The Suppression was illegally recooicider by the District Court, Suppression should have remained Granted, use of 2395 of Suppressed Cocaine was done in error enhancing the 1.5grams of herion and 6.5grams of crack (Cocaine Base)

Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

☐ Yes ■ No

If your answer was yes, complete the following sections:

A. First post-conviction proceeding:
1. Name of Court: NA

**Attachment A**

2. Nature of Proceeding: NA
3. Grounds Raised: NA
4. Did you receive an evidentiary hearing ? ☐ Yes ■ No
5. Result: NA
6. Date of Result: NA

B. Second post-conviction proceeding:

1. Name of Court: NA
2. Nature of Proceeding: NA
3. Grounds Raised: NA
4. Did you receive an evidentiary hearing ? ☐ Yes ■ No
5. Result: NA
6. Date of Result: NA

C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?

1. First proceeding: ☐ Yes ■ No Result: ________
2. Second proceeding: ☐ Yes ■ No Result: ________

D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: NA

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

A. U.S. Parole Commission unlawfully revoked my parole.
B. Federal Bureau of Prisons unlawfully computed my sentence.

**Attachment A**

C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
E. There is an unlawful detainer lodged against me.
F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one:
B.O.P D.S.CC. staff detrmines the Severity level, thus over all custody of every federal inmate inorder to house that inmate at the determined Facility and around the similar level inmates. If it be 0, 1, 3, 5, 7 to be added with other variables to reach this custody level.

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).
D.S.CC staff determined my severity level should be (7) Greatest, due to UNRELATED allegations that were not part of the Federal Criminal Information. The (SOR) state of Reason and PSI Govern this Per BOP program statement 5100.08 The non indicted State nor Federally allegation's are not instant

B. Ground two:

**Attachment A**

offense greatest documented BEHAIVOR per P.S.I. The P.S.I alone govern this matter, being the SOR contains no information nor advice to consider and tells all these cases are not RELLEVANT CONDUCT, UNRELATED, were in the STATE, not Federal, were dismissed, thus Not part of the instant

Supporting facts:
federal offense, and it's greatest offense conduct-Behaivor. Lastly the Tenn. Medical Examiner and Toxicologist Report tells all in conflict of P.S.I Reporter belief Biasly gave. No Herion was in the deceased nor did this deceased die due to an overdose. Program Statement advice all to review all Proof. *SEE ATTATCHED* Exibit (A) and more pages for insight. on 8-20-16 Death and 3-20-17 allegation in different ~~Cty. in~~ State

C. Ground three:
NA

Supporting facts:
NA

D. Ground four:
NA

**Attachment A**

Supporting facts:
NA

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:
NA

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

■ Yes ☐ No

1. If your answer to "A" above was yes, what was the result:
The B.O.P formal resolution & request to address this ordeal was used and every level was replied to refusing to CORRECT this D.S.CC error. The General Counsel Office response was uphold the error using (BACKGROUND) infor as instant offense BEHAIVOR in error per P.S.I. * see Attached *

**Attachment A**

2. If your answer to "A" above was no, explain:
NA

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

■ Yes ☐ No

1. If your answer to "B" above was yes, what was the result:
The General Counsel Office replied on 9-1-23 I was served that response on 9-8-23 to uphold the DSCC Staff error inviolation of the P.S.I and documents.
* see attached *

2. If your answer to "B" above was no, explain:
NA

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make **no** legal arguments.
2. Cite **no** cases or statutes.

This Petitioner seeks the RECORDS cited be reviewed in-Keeping with B.OP. Program Statement relevant parts and ORDER or Rule for B.O.P D.S.CC Staff to correct the (7) Greatest Severity level. To correct this severity level to (3) Moderate making this federal inmate his past due LOW custody, so once sent to R-DAP this can be done hopeful-ly to the same F.C.I (Low) in Memphis or wherever it is decided per DSCC. Correct the (7) to the (3) Severity level.

**Attachment A**

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

NA

Signed this 19th (day) day of September (month), 2023 (year).

Mr. Shamain Johnson
Your Signature

NA
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: 9-19-23

Mr. Shamain Johnson
Your Signature