IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**SHAMAIN JOHNSON,**

    Petitioner,

**v.**                                        **CIVIL ACTION NO.: 3:23-CV-242 (GROH)**

**MR. BROWN,**

    Respondent.

### ORDER DISMISSING CASE WITHOUT PREJUDICE

On December 4, 2023, the *pro se* Petitioner filed a petition for habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. The Respondent filed a motion to dismiss, along with a memorandum in support of the motion, on January 15, 2024. ECF Nos. 8, 8-1. The Court issued an Order and Roseboro notice on January 16, 2024. ECF No. 9. The Order directed the Petitioner to file a response within 21 days, or not later than February 7, 2024. Id. at 3. The Clerk of Court filed an entry on January 29, 2024, indicating that, according to the United States Postal Service website via the tracking number associated with the Roseboro notice, the notice was not delivered. ECF No. 10. Specifically, the website states, "[y]our package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility." Id.

On February 15, 2024, the Clerk sent a second copy of the Order and Roseboro notice in an attempt to obtain United States Postal Service delivery confirmation. Service

was accepted for the notice on February 20, 2024. ECF No. 11.

More than 21 days have elapsed since service was accepted for the Order and Roseboro notice, but a review of the docket shows the Petitioner has failed to file a response to the motion to dismiss as directed.

Accordingly, it is hereby **ORDERED** that this action, 3:23-CV-242, be **DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**. Further, the Court notes even had the Petitioner responded, the case should be dismissed for the reasons more fully stated in the Respondent's motion to dismiss and memorandum.

It is also **ORDERED** that the Respondent's motion to dismiss [ECF No. 8] is **GRANTED**.

The Clerk is **DIRECTED** to mail a copy of this Order to the *pro se* Petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet, and to counsel of record by electronic means.

**DATED**: April 8, 2024

_____
GINA M. GROH
UNITED STATES DISTRICT JUDGE